22602. GAITHER v. CRAWFORD LAND COMPANY, INC. et al.

DUCKWORTH, Chief Justice. The parties-defendants, issues and exceptions in this case being, in the main, identical with those in *Crutcher v. Crawford Land Co., Inc.,* ante—the only difference being the plaintiff and in some of the antecedent rulings —that ruling controls adversely to the plaintiff in error here, hence the

*Judgment is affirmed. All the Justices concur.*

ARGUED SEPTEMBER 16, 1964—DECIDED OCTOBER 8, 1964.

*Alton T. Milam,* for plaintiff in error.

*Grant, Spears & Duckworth, Ronald Reid, Alston, Miller & Gaines, W. M. Mathews, Jr.,* contra.